# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1760

_____

ZACHARY GREER,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 11, 2019

PER CURIAM.

   DISMISSED. *See* Fla. R. App. P. 9.141(d)(6)(C).

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Zachary Greer, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.